WARREN R. DIX, Administrator, etc., Appellant, *v.* JAMES W. HOZIER, Respondent.

(Argued October 15, 1888; decided October 26, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 15, 1887, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*T. D. Hodges* for appellant.

*Joseph W. Gott* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM H. DELMORE, Respond      *v.* RICHARD L. OWEN, Appellant.

(Submitted October 16, 1888; decided October 26, 1888.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made April 30, 1887, which reversed an order of Special Term vacating an attachment and denied the motion to vacate.

*C. D. Adams* for appellant.

*Kilby & Kellogg* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.